**Andrew B. Henderson, appellant, v. Willard Johnson et al., appellees. Gen. No. 9,373.**

Opinion filed January 26, 1939. Rehearing denied May 2, 1939.

B. Jay Knight, J. E. Goembel and Frederick H. Haye, for appellant. Large & Reno and Ralph S. Zahm, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

**Ella O'Brien et al., appellees, v. Henry W. Voss et al., defendants. Nelle A. Leary Dillon, as administratrix of estate of James Shields, deceased, appellant. Gen. No. 9,369.**

Opinion filed March 7, 1939. Rehearing denied May 2, 1939.

Edward Corlett, for appellant. William P. Lowrey, Jr., for certain appellees. Oscar R. Laraway, for certain other appellee. Frank J. Jones, for certain other appellees.

Mr. Justice Wolfe delivered the opinion of the court.

**Warren Horgan and Mae Horgan, appellees, v. City Trust and Savings Bank of Kankakee, defendant. Charles V. Maloney, appellant. Gen. No. 9,337.**

Opinion filed April 20, 1939.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Henry S. Moser and Jesse H. Brown, of counsel. Joseph J. Tolson, for appellees; Walter C. Schneider, of counsel.

Mr. Justice Huffman delivered the opinion of the court.